IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOHNATHAN WALTON** *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:25-cv-06334 |
| **HARRIS COUNTY, et. al.** *Defendants.* | § § § § § | JURY DEMANDED |

## INDEX OF MATTERS FILED UPON REMOVAL

The following documents appear in the file of the case styled *Johnathan Walton v. Harris County,* Cause No. 2025-78894, in the 61st Judicial District Court of Harris County, Texas, certified copies of which are attached:

**Exhibit A.**   Civil Cover Sheet

**Exhibit B.**   List of Counsel of Record

**Exhibit C.**   State Notice of Filing a Removal

**Exhibit D.**   Index of Matters Filed

**Exhibit E.**   State Court Docket Sheet

**Exhibit F.**   State Court Pleadings:

- 10/15/2025 – Request for Issuance of Service
- 10/15/2025 – Civil Case Information Sheet
- 10/15/2025 – Plaintiff's Original Petition
- 10/16/2025 – Certified Mail Tracking
- 10/16/2025 – Citation
- 10/17/2025 – Certified Mail Receipt 7019 0140 0000 5913 7157
- 10/23/2025 – Domestic Return Receipt
- 11/5/2025 – HC Original Answer and Affirmative Defenses
- 11/7/2025 – Docket Control Order

- 12/18/2025 – Plaintiff's Amended Petition

Respectfully submitted,

By:   */s/ Mariana Giraldo Castro*
**MARIANA GIRALDO CASTRO**
Assistant County Attorney
State Bar No. 24149852
Federal Bar No. 3941525
Mariana.Giraldo@harriscountytx.gov
**RADHA THIAGARAJAN**
Senior Assistant County Attorney
State Bar No. 00784154
Federal Bar No. 20217
Radha.Thiagarajan@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
Tel: (713) 274-5140

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2025, pursuant to the Federal Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was duly served upon each party to his case on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

Marjorie A. Murphy
The Murphy Law Practice, PLLC.
24 Greenway Plaza, Ste.180
Houston, TX 77046
State Bar No. 24013218
P: (832) 564-3804
Fax: (832) 553-7441
E: marjorie@themurphylawpractice.com

*/s/ Mariana Giraldo Castro*
**Mariana Giraldo Castro**
Assistant County Attorney

2